# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER BROWN, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-1210-STA-jay |
| MITZI HILL and | ) ) |
| HARDIN COUNTY, TENNESSEE, | ) ) |
| Defendants. | ) ) |

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

Before the Court is Hardin County, Tennessee's Motion to Dismiss (ECF No. 9) filed March 22, 2022. Defendant seeks the dismissal of any claim for the violation of Plaintiff Jennifer Brown's civil rights in violation of 42 U.S.C. § 1983 Plaintiff alleges against Hardin County itself. Plaintiff has filed a response in opposition and stated that she is not alleging such a claim against Hardin County. The Sixth Circuit has remarked that "the plaintiff remains the master of its complaint" and that, if the plaintiff "concedes that it is not bringing a claim," then the district court "should take it at its word." *NicSand, Inc. v. 3M Co.*, 507 F.3d 442, 458 (6th Cir. 2007). Based on Plaintiff's concession and for the reasons stated in Defendant's opening brief, the Motion to Dismiss is **GRANTED**.

    **IT IS SO ORDERED**.

                                                 s/ S. Thomas Anderson
                                                 S. THOMAS ANDERSON
                                                 CHIEF UNITED STATES DISTRICT JUDGE

                                                 Date: April 19, 2022